**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00112-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ANTONIO GARCIA-GONZALEZ,

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court upon telephone conference between Chambers staff and counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **April 8, 2009** and responses to these motions shall be filed by **April 15, 2009**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **May 15, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a two-day jury trial is set for **May 26, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED: March __27__, 2009

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge