**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00112-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ANTONIO GARCIA-GONZALEZ,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

    In response to the Notice of Disposition (Doc. # 14), filed in the above matter on May 1, 2009, it is ORDERED that the Final Trial Preparation Conference currently set for May 15, 2009, and the two-day jury trial set to commence on May 26, 2009, are VACATED. It is

    FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than May 8, 2009 to set this matter for a Change of Plea Hearing.

    DATED: May __5__, 2009

                                     BY THE COURT:

                                     */s/ Christine M. Arguello*

                                     CHRISTINE M. ARGUELLO
                                     United States District Judge