**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes                Date: October 13, 2009
Court Reporter: Darlene Martinez
Probation Officer: Grant Hanson
Interpreter: Cathy Bahr

Criminal Action No. 09-cr-00112-CMA

_Parties:_                                        _Counsel:_

UNITED STATES OF AMERICA,                         Michael Carey

     Plaintiff,

v.

JORGE ANTONIO GARCIA-GONZALES,                    Bob Pepin

     Defendant.

---

**SENTENCING MINUTES**

---

**10:30 a.m.    Court in session**.

Defendant present; in custody.

Change of Plea Hearing: July 10, 2009.

Defendant plead guilty to Count One of the Indictment.

The Government, defense counsel, and defendant were given an opportunity to make
statements before sentencing.

**ORDER:**    Government's Oral Motion Regarding Acceptance of Responsibility is
**granted**.

**ORDER:**     Defendant's Motion for Varian Sentence **(20)** is **granted**.

**Defendant sentenced as reflected in the record**.

Defendant advised of the right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:55 a.m.    Court in recess/hearing concluded**.

Total in-court time: 00:25